USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------)
ANDREW HILLMAN, *et al.*,        )
                                  )
                Plaintiffs,       )
v.                                )        **10 Civ. 8315 (DLC)**
                                  )
RINGLEADER DIGITAL, INC., *et al.*,)
                                  )
                Defendants.       )
---------------------------------)


---------------------------------)
CHARLIE AUGHENBAUGH, *et al.*,   )
                                  )
                Plaintiffs,       )
v.                                )        **11 Civ. 1822 (UA)**
                                  )
RINGLEADER DIGITAL, INC., *et al.*,)
                                  )
                Defendants.       )
---------------------------------)

## STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS

WHEREAS, *Aughenbaugh, et. al. v. Ringleader Digital, Inc., et. al.*, Case No. 11 Civ. 1822 (UA) (S.D.N.Y.) (the "Aughenbaugh Litigation") was originally filed in the United States District Court for the Central District of California on September 16, 2010;

WHEREAS, *Hillman, et. al. v. Ringleader Digital, Inc. et. al.*, Case No. 10 Civ. 8315 (DLC) (the "Hillman Litigation") was filed in this Court on November 3, 2010;

WHEREAS, beginning in November of 2010 and continuing through February 8, 2011, counsel for Plaintiffs in the Hillman and Aughenbaugh Litigations and counsel for Defendant Ringleader Digital, Inc. ("Ringleader Digital") have engaged in a series of discussions regarding

resolution of both lawsuits, including a mediation held in New York on November 23, 2010, before Mediator Rodney Max;

WHEREAS, as a result of those discussions, Ringleader Digital and Plaintiffs have now reached a settlement agreement and have sought the Court's permission to resolve both lawsuits in their entirety by settlement;

WHEREAS, as part of that agreement and with the consent of the other defendants in the case, the Aughenbaugh Litigation was transferred to this district, where Ringleader resides, to seek consolidation of the Aughenbaugh and Hillman Litigations to aid in resolution of this case;

WHEREAS, the Aughenbaugh Litigation has now been transferred to the Southern District of New York, assigned the above-styled case number, and referred to this Court as possibly related to the Hillman Litigation;

WHEREAS, the Aughenbaugh Litigation and the Hillman Litigation involve substantially overlapping operative facts and legal issues;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned Parties, to consolidate the Aughenbaugh Litigation with the Hillman Litigation.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: _March 21_, 2011

_____
DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Date: March 18, 2011                            Respectfully submitted,

                                                KAMBERLAW, LLC

                                                *[signature]*

                                                Scott A. Kamber
                                                skamber@kamberlaw.com
                                                David A. Stampley
                                                dstampley@kamberlaw.com
                                                100 Wall Street, 23rd Floor
                                                New York, NY. 10005
                                                Telephone: (212) 920-3072
                                                Facsimile:  (212) 920-3081

                                                Attorneys for Plaintiffs Andrew Hillman; Arlando
                                                Cooks; Marissa Dean; G.G., a minor by and through
                                                parent Rhonda Gueringer; Ryan Groenweg; Billy
                                                Gueringer; Dawn Harbin; Kenneth Harrison; J.N., a
                                                minor by and through parent Semyon Narasov;
                                                Stephanie Owens; Maulik Parikh; Charmaine
                                                Smith; Richard Weiner; and Steve Williams


                                                WILSON TROSCLAIR & LOVINS, PLLC

                                                *[signature]*

                                                Jeremy R. Wilson (*pro hac vice* app. pending)
                                                Jeremy@wilsontrosclair.com
                                                302 North Market Street, Suite 510
                                                Dallas, Texas 75202
                                                Telephone:  (214) 484-1930
                                                Facsimile:   (214) 276-1475

                                                Attorneys for Plaintiffs Charlie Aughenbaugh,
                                                Tony Weber and Brooke Stafford

3

MORRISON & FOERSTER LLP

_____
Sherman W. Kahn
skahn@mofo.com
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8023
Facsimile: (212) 468-7900

Attorneys for Defendants Ringleader Digital, Inc.,
Whitepages.com Inc., Travel Channel.com Inc.,
and Go2Media Inc.

LATHROP & GAGE LLP

_____
Blaine C. Kimrey (motion for admission *pro hac vice* admission forthcoming)
bkimrey@lathropgage.com
100 N. Riverside Plaza, Suite 2100
Chicago, IL 60606
Telephone: (312) 920-3302
Facsimile: (312) 920-3301

Attorneys for Defendants AccuWeather, Inc.,
and Merriam-Webster, Inc.

VENABLE LLP

_____
Edward P. Boyle
epboyle@venable.com
Kostas D. Katsiris
kdkatsiris@venable.com
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

Attorneys for Defendant
Cable News Network, Inc.

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation and [Proposed] Order has been served on all counsel of record in this litigation, via email, as consented to be counsel, this 18th day of March, 2011.

_____
David A. Stampley