UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HILLMAN, *et al.*,                              :
                                                :
            Plaintiffs,               :     10 Civ. 8315 (DLC)
v.                                              :
                                                :     **NOTICE OF APPEARANCE**
RINGLEADER DIGITAL, INC., *et al.*,             :
                                                :
            Defendants.               :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Scott A. Kamber of the firm KamberLaw, LLC hereby appears as counsel of record for plaintiff Hillman and other plaintiffs named in the Class Action Complaint filed in this action on November 3, 2010 (Dkt. No. 1).

Dated: March 29, 2011                    KAMBERLAW, LLC
       New York, New York
                                         s/ Scott A. Kamber
                                         _____
                                         Scott A. Kamber
                                         100 Wall Street, 23rd Floor
                                         New York, New York 10005
                                         Telephone: (212) 920-3072
                                         Facsimile:  (212) 920-3081
                                         skamber@kamberlaw.com